JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN EDUARDO PEREZ, EDWIN LEONEL PEREZ, and MONICA PEREZ,<br><br>    Plaintiffs,<br><br>    vs.<br><br>FCA US, LLC<br><br>    Defendants. | Case No.: 2:22-cv-00201-JFW-JCx<br><br>District Judge: Hon. John F. Walter<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiffs EDWIN EDUARDO PEREZ, EDWIN LEONEL PEREZ, and MONICA PEREZ ("Plaintiff") accepted Defendants FCA US, LLC's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 on October 20, 2022.

Accordingly, the Court enters JUDGMENT in favor of Plaintiff pursuant to the terms of the Rule 68.

**IT IS SO ORDERED.**

Date: January 26, 2023

_____
Hon. John F. Walter
District Court Judge