Closed

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN EDUARDO PEREZ, EDWIN LEONEL PEREZ, and MONICA PEREZ<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>FCA US, LLC<br><br>　　　　Defendants. | Case No.: 2:22-cv-00201-JFW-JCx<br><br>District Judge: Hon. John F. Walter<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

　　Plaintiffs EDWIN EDUARDO PEREZ, EDWIN LEONEL PEREZ, and MONICA PEREZ ("Plaintiffs") and Defendant FCA US, LLC's have agreed FCA will pay $35,000.00 to resolve Plaintiffs' attorneys' fees, costs, and expenses.

　　Accordingly, the Court enters JUDGMENT in favor of Plaintiffs.

**IT IS SO ORDERED.**

Date: February 10, 2023

　　　　　　　　　　　　　　　　　　_[signature]_
　　　　　　　　　　　　　　　　　　Hon. John F. Walter
　　　　　　　　　　　　　　　　　　District Court Judge